LINK:  1

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-8614 GAF (Ex) | Date | December 9, 2011 |
|---|---|---|---|
| Title | In Re: Seizure of $118,800 Worth of Compact Disc Recordable Media | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**          **(In Chambers)**

### ORDER TO SHOW CAUSE

On October 18, 2011, Petitioner LMH Corporation S.A. de CV filed a Motion for Return of Property Pursuant to the Court's Equitable Jurisdiction and/or Pursuant to Federal Rule of Criminal Procedure 41(g).  (Docket No. 1.)  Petitioner served the Motion on the United States Customs and Border Protection and the United States of America pursuant to Federal Rule of Civil Procedure 4(i) on November 16, 2011.  (Docket No. 6, Proof of Service.)  Under Rule 12(a)(2), the United States and its Agencies have 60 days after service on the U.S. attorney within which to file a responsive pleading.  Fed. R. Civ. P. 12(a)(2).

The Court **ORDERS** Petitioner to **SHOW CAUSE <u>no later than Wednesday, December 14, 2011</u>** why the United States and the U.S. Customs and Border Protection should not have until Tuesday, January 17, 2012, to respond to the present Motion.  The Court hereby **VACATES** the hearing on this Motion presently scheduled for December 19, 2011.  A new hearing date will be set following the deadline for Petitioner's response to this Order.

**IT IS SO ORDERED.**